IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| PAULA WEASEL HEAD,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>ANNA M. MILHEIM,<br><br>　　　　　　Defendant. | Cause No. CV 17-00082-DLC-RWA<br><br>ORDER |

　　The Plaintiff Paula Weasel Head moves to dismiss with prejudice this action against Defendant Anna M. Milheim. The motion is unopposed.

　　Accordingly, IT IS ORDERED that Plaintiff's Unopposed Motion to Dismiss is GRANTED.

　　IT IS FURTHER ORDERED that the above-captioned cause is DISMISSED WITH PREJUDICE, each party to pay its own costs.

　　Done and dated in Butte this 13th day of March, 2018.

　　　　　　　　　　　　　　　　　　　/s/ Richard W. Anderson
　　　　　　　　　　　　　　　　　　RICHARD W. ANDERSON
　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE